O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br>　　v.<br>STEVE RANKIN,<br>　　　　Defendant.<br>_____ | CASE NO. CR09-93-CAS - 1<br><br>FINAL REVOCATION OF SUPERVISED RELEASE AND JUDGMENT |

　　　On June 13, 2022, this matter came before the Court on Petition on Probation and Supervised Release originally filed on June 8, 2022. Government counsel, Nisha Chandran, the defendant and his appointed Deputy Federal Public Defender attorney, Claire Kennedy, were present. The U.S. Probation Officer, Richard An, was also present.

　　　The defendant admitted the allegation, in violation of his supervised release, as stated in the Petition filed on June 8, 2022. The Court finds that the defendant is in violation of the terms and conditions of his supervised release imposed on October 18, 2010.

　　　IT IS ORDERED AND ADJUDGED, upon the findings of the Court, the defendant's supervised release is hereby continued on the same terms and conditions previously imposed, with the following modification to the conditions of supervision:

///

///

- The offender shall participate in mental health treatment, which may include evaluation and counseling, until discharged from the program by the treatment provider, with the approval of the Probation Officer. If defendant is unable to pay the treatment provider, the payment shall be waived.

FILE/DATED: June 13, 2022

*Christina A. Snyder*

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

KIRY K. GRAY
CLERK OF COURT

By: *Catherine M. Jeang*
Catherine M. Jeang, Deputy Clerk