O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 2:09cr00093-CAS - 1 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | FINAL REVOCATION OF SUPERVISED RELEASE AND JUDGMENT |
| STEVE RANKIN, | ) | |
| Defendant. | ) | |

On November 7, 2022, this matter came before the Court on Petition on Probation and Supervised Release originally filed on November 3, 2022. Government counsel, Jena MacCabe, the defendant and his appointed Deputy Federal Public Defender attorney, Claire Kennedy, were present. The U.S. Probation Officer, Richard An, was also present.

The defendant admitted the allegation, in violation of his supervised release, as stated in the Petition filed on November 3, 2022. The Court finds that the defendant is in violation of the terms and conditions of his supervised release imposed on October 18, 2010 and June 13, 2022.

IT IS ORDERED AND ADJUDGED, upon the findings of the Court, the defendant's supervised release is hereby continued on the same terms and conditions previously imposed. Defendant's enrollment and participation in an outpatient treatment program, shall be

///

approved by the Probation Office and public defender's in-house social worker. A Status Report shall be filed every 30 days, for the next 90 days.

IT IS FURTHER ORDERED that the Clerk deliver a copy of this judgment to the United States Marshal or other qualified officer and that said copy shall serve as the commitment of defendant.

FILE/DATED: November 7, 2022

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

KIRY K. GRAY
CLERK OF COURT

By: /S/ Catherine M. Jeang
Catherine M. Jeang, Deputy Clerk